

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00514-CV

JERALD H. MILLER, Appellant

§ On Appeal from the 17th District Court

v.

§ of Tarrant County (017-352071-24)

§ February 20, 2025

GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellee

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM